USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERTA M. BALLARD,

                Plaintiff,

19 **CIVIL** 673 (PED)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated March 2, 2020, this case is remanded to the Commissioner to further develop the record. On remand, the ALJ should solicit medical opinions from Dr. Graham, Dr. Cho, and Dr. Nasir; seek clarification from NP McKenzie; and request notes from Ms. Rivera. The ALJ should then reconsider Listing 1.04 at step three and the ALJ's RFC determination with respect to both Plaintiff's physical and mental impairments. The ALJ may also wish to consider calling a medical expert to testify at the hearing. Defendant's motion for judgment on the pleadings is DENIED and the Plaintiff's motion for judgment on the pleadings is GRANTED to the extent that the case be REMANDED for further administrative proceedings pursuant to 42 U.S.C. § 405(g), sentence four.

**Dated:** New York, New York
       March 2, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**